**FILED**
May 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Name and Prisoner/Booking Number: Kevin Allen, K-41879
Place of Confinement: Kern Valley State Prison
Mailing Address: P.O. Box 5101 / a4-111
City, State, Zip Code: Delano, Ca 93216

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin Allen
(Full Name of Plaintiff), Plaintiff,

v.

(1) A. Delacruz
(Full Name of Defendant),
(2) _____
(3) _____
(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __1:22-cv-00633-HBK (PC)__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

JURY Trial Request.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kern Valley State Prison

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: A. DELACRUZ. The first Defendant is employed as: Correctional Officer at K.V.S.P.
   (Position and Title) (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Kelvin Allen v. Meyer
      2. Court and case number: 1:09-CV-00729-LJO-SKO
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLED, HAD COUNSEL

   b. Second prior lawsuit:
      1. Parties: Kevin Allen v. Korik
      2. Court and case number: 2:12-CV-1583 TLN AC
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLED, HAD WRIT WRITER

   c. Third prior lawsuit:
      1. Parties: Kevin Allen v. R. Reynoso
      2. Court and case number: 16-CV-05289-JCS (PR)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLED, HAD HELP

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

CONTIUNE FROM P.G. 2.

Previous Lawsuits.

D. Allen V. Rimbach
CASE #: 1:18-CV-01653-LJO-SAB
IT WAS APPEALED TO 9th CIR. COURT

E. Allen V. V. Bentacourt
#. 1:18-CV-01187-DAO-GSA
This CASE IS STILL Pending in 9th CIR Court.
HAD Legal help

F. Allen V. DR. Spaeth, Et aL
#: 1:18-CV-00808-NONE-EPG (PC)
Still Pending, Waiting to go to Trial , got Counsel's

3.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: VIOLATION OF 8Th amendment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

SEE, PAGES. 7-11 STATEMENT OF CLAIM

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. TO The COURT CDCR hAve chAnged iTS 6.0.2 Procedures, iT'S ONLY "TWO" LeVeL'S. 1ST AND 3RD REVIEW.

4.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities      ☐ Mail         ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property   ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[Section crossed out with diagonal lines]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

5

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _(left blank; lines crossed out)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## STATEMENT OF CLAIM:

1. ON 8/21/2021: AS THE PLAINTIFF WAS COMING BACK FROM NOON MED'S PLAINTIFF PASSED THE OFFICE WHERE I WAS INTERVIEWED BY A MENTAL HEALTH STAFF I NOTICE THE U SAVE'EM THAT I GAVE TO THE MENTAL HEALTH LADY FROM I/M RICKY #212 THE PLAINTIFF WANT TO THE OFFICE AND ASKED "C/O DELACRUZ" WHY SHE DID NOT TAKE THAT U SAVE'EM ENVELOPE, HE SAID BECAUSE THAT'S NOT THE PROPER CHANNEL PLAINTIFF TOLD HIM TO GIVE IT BACK SO I CAN RETURN IT TO THAT I/M RICKY A4-212 "C/O DELACRUZ" SAID HE'LL DO IT. THE PLAINTIFF PROCEED TO ENTER MY SECTION "B", I TOLD HIM I'M NOT LOCKING IT UP.

2. ON 8/21/2021: C/O DELACRUZ, GAVE ME AN ORDER TO SIT AT THE TABLE IN "B" SECTION IN WHICH PLAINTIFF DID, THEN HE TOLD PLAINTIFF TO PLACE MY HANDS BEHIND MY BACK, PLAINTIFF TOLD HIM I USE (WAISTCHAINS) THE TOWER OFFICER GAVE HIM THE WAISTCHAINS AND SOMEBODY HIT THE ALARM ABOUT 15 C/Os CAME RUNNING IN THE BUILDING WHILE "DELACRUZ" POSITION HIMSELF BEHIND PLAINTIFF BACK, C/O GONZALES PLACE THE RIGHT CUFF ON PLAINTIFF WRIST C/O DELACRUZ HAD PLAINTIFF LEFT ARM ON TOP OF THE TABLE WITH THE LEFT CUFF ALREADY ON MY WRIST SQUEEZING MY LEFT ARM WITH HIS BODY WEIGHT PRESSED ON MY BACK PULLING PLAINTIFFS (LEFT ARM) BACKWARDS, THE CUFF WAS SO TIGHT IT CUT MY LEFT WRIST AND I FELT TINGLING IN MY SHOULDER AND LEFT ARM. I ALSO HEARD A POP IN MY

7

lower back inwhich plaintiff already have a spinal Injury.

3. On 8/21/2021: c/o Delacruz, wrote the plaintiff a Rules Violation Report for "RESISTING STAFF" and on 9/20/2021; plaintiff went to the disciplinary hearing and was found "GUILTY OF DELAYING A PEACE OFFICER IN THE PERFORMANCE OF DUTIES." Plaintiff made a statement I didn't resist staff I ~~was~~ refuse to lock back up in my cell..

4. c/o Delacruz, violated CDCR policy when there was no justification for any force, I never pose no threat nor did I resisted, c/o Delacruz have took a "OATH" to follow the law Inwhich he have fail to do. it's real clear that I/m's are not stripped and deprived of their constitution rights inwhen the prison gate shuts behind them.

5. The plaintiff have witnesses. See Ex "___"

8

6. C/O. DELACRUZ, KNEW THE PLAINTIFF USED WAISTCHAINS AND THAT MY ARMS SHALL BE BROUGHT TO THE FRONT OF MY BODY; BUT HE USE EXCESSIVE FORCE WHEN HE WAS SQUEEZING MY LEFT ARM WITH HIS BODY WEIGHT PRESSED ON MY BACK MY HEAD IN MY LAP PULLING PLAINTIFFS LEFT ARM BACKWARDS WHILE BOTH WAISTCHAINS CUFFS WAS ALREADY PLACED ON MY WRIST.

SEE EX "____"

- LIFTING RESTRICTION
- SPECIAL CUFFING
- BOTTOM BUNK
- BACK BRACES
- CANE PERMANENT

7. THE PLAINTIFF HAVE NOTICE THAT HE CAN SEND HIS EXHIBITS LATER TO THE COURT.

9

8. A Correctional officer's use of excessive force against a prisoner can violate the 8th Amendment. To constitute cruel and unusual punishment the prisoner must demonstrate that the force was not applied in a good faith effort to maintain order or security was applied maliciously or sadistically for the purpose of causing harm. SEE; Hudson v. McMillan (1992) 503 U.S. 1 6-7 (112 S.CT 995 117 L.Ed. 2d 156)

9. SEE. Also. Felix v. McCarthy 939 f.2d 699 702 (9th Cir. 1991) "Minor injury are actionable when force is completely unjustified."

10. It's well-established that overly tight handcuffing can constitute excessive force. - Wall v. County of Orange, 364 f.3d. 1107, 1112 (9th Cir. 2004)

11. SEE; Exhibits ___ which shows Allens spinal injury.

10

## E. REQUEST FOR RELIEF

State the relief you are seeking: This officer is being sued In his individual & official capacities. compensatory damages and punitive damages for violating my rights & constituted cruel and unusual punishment 8Th amend. ~~~~~~~ $90,000 and The plaintiff costs In This suit; Also This court order that ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Allen gets counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 13 / 2022                                  Kevin allen
                DATE                                        SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

N/A
_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



11