UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>         Plaintiff,<br><br>    v.<br><br>A. DELACRUZ,<br><br>         Defendant. | Case No. 1:22-cv-00633-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*, OR PAY FILING FEE<br><br>THIRTY DAY DEADLINE |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on May 26, 2022. (Doc. No. 1). Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED:**

1. Within thirty (30) days of the date on this order, Plaintiff shall either: (1) fully complete and sign the attached application to proceed *in forma pauperis*, or (2) pay the $402.00 filing fee for this action.

2. Failure to comply with this order will result in a recommendation to dismiss this case.

Dated:  June 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE