UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>                  Plaintiff,<br><br>          v.<br><br>A. DELACRUZ,<br><br>                  Defendant. | Case No.  1:22-cv-00633-HBK (PC)<br><br>ORDER GRANTING IN PART AND FINDING MOOT IN PART PLAINTIFF'S MOTION<br><br>(Doc. No. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO SEPERATLEY DOCKET EXHIBIT C OF PLAINTIFF'S MOTION AS A MOTION FOR *IN FORMA PAUPERIS* |

      Plaintiff Kevin Allen, a state prisoner, initiated this action by filing a pro se prisoner civil rights complaint under 42 U.S.C. § 1983 on May 26, 2021.  (Doc. No. 1, "Complaint").  Because Plaintiff did not accompany his Complaint with the requisite fling fee or an application to proceed *in forma pauperis* ("IFP"), on June 3, 2022 the Court directed Plaintiff to file an application to proceed IFP or pay the filing fee within thirty days.  (Doc. No. 4).  On July 5, 2022, Plaintiff filed a motion to notify the court of his IFP application status and request access to the law library.  (Doc. No. 8).  Plaintiff informed the Court that his certified inmate account statement was at the law library; that he submitted a request to access the law library so that he could retrieve his inmate account statement; but his request had not yet been granted.  (*Id*.).  Despite not having his inmate account statement, Exhibit C to Plaintiff's motion is an application to proceed IFP and it

contains a Certification for an authorized official certifying that Plaintiff has zero dollars in his inmate account, had a zero six-month average balance, and had no deposits into his inmate trust account during the last six months. deposits. (*Id*. at 11). Plaintiff requests that the Court accept Exhibit C as his motion to proceed IFP or in the alternative, that the Court grant him a thirty-day (30) extension to file his inmate account statement and order that he be granted access to the prison law library at Corcoran State Prison. (*Id*. at 3).

Exhibit C complies with the requirements of 28 U.S.C. § 1915(a)(2). As a result, Plaintiff has complied with this Court's June 3, 2022 Order. (Doc. No. 4). Plaintiff is not required to submit his inmate account statement because the Court has the required information to rule on whether or not Plaintiff should be granted IFP status. Furthermore, because Plaintiff is no longer required to submit his inmate account statement, his request for access to the law library is moot.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to accept Exhibit C as his application to proceed *in forma pauperis* is GRANTED. (Doc. No. 8). The Clerk of the Court is directed to separately docket Exhibit C (Doc. No. 8 at 10-11) as Plaintiff's motion to proceed *in forma pauperis*. The Court will rule on Plaintiff's motion to proceed *in forma pauperis* by separate order

2. Plaintiff's motion for a thirty-day extension to file his inmate account statement and motion for access to the law library (Doc. No. 8) are MOOT.

Dated: July 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE