**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DELACRUZ,<br><br>　　　　　Defendant. | Case No.  1:22-cv-0633 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 11, 12) |

　　　　Kevin Allen, a prisoner, initiated this action proceeding *pro se* by filing a civil rights complaint against A. Delacruz.  (Doc. 1.)  Plaintiff also filed a motion to proceed *in forma pauperis*.  (Doc. 11.)

　　　　The magistrate judge issued Findings and Recommendations that Plaintiff's motion to proceed IFP be denied because he has at least three cases dismissed that qualify as a "strike" under Ninth Circuit caselaw before filing his lawsuit on May 26, 2022.  (Doc. 12 at 5-6.) Therefore, the magistrate judge found Plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g).  (*Id.*)  The magistrate judge also found the allegations in Plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to Section 1915(g), even when liberally construing Plaintiff's complaint.  (*Id.* at 6-7.)

　　　　The Court served the Findings and Recommendations on Plaintiff and warned him that any objections were due within fourteen days.  (Doc. 12 at 7.)  The Court also advised him "that

failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff has not filed any objection, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 14, 2022 (Doc. 12) are **ADOPTED** in full.
2. Plaintiff's motion to proceed in forma pauperis (Doc. 11) is **DENIED**.
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $402.00 filing fee if he wishes to proceed with his action.
4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice</u>.

IT IS SO ORDERED.

Dated:  **August 2, 2022**

UNITED STATES DISTRICT JUDGE

2