UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>A. DELACRUZ,<br><br>        Defendant. | Case No.   1:22-cv-00633-JLT-HBK<br><br>**ORDER SETTING ASIDE JUDGMENT**<br><br>**(Doc. 13)**<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME**<br><br>**(Doc. 14)** |

Plaintiff is proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. (Doc. 1.) On July 14, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis* because Plaintiff is a three striker and the imminent danger exception does not apply. (Doc. 12 at 5-7.) Plaintiff was given fourteen days to file objections. (*Id*. at 7.) On August 3, 2022, no objections having been received, the undersigned issued an order adopting the findings and recommendations. (Doc. 13.)

However, on August 4, 2022, the Court received a motion from Plaintiff requesting an extension of time to file objections to the findings and recommendations. (Doc. 14.) Notably, Plaintiff's motion was delivered to prison officials for mailing on July 27, 2022. (*Id*. at 5.)[1] In his motion, Plaintiff indicates that the institution where he is incarcerated has been on lockdown

---

[1] The mailbox rule for pro se prisoner litigants provides that a document is filed on the date a prisoner delivers it to prison officials for mailing, not the date the document was filed with the clerk of court. *Houston v. Lack*, 487 U.S. 266 (1988). As a result, the motion for an extension of time was timely filed.

and access to the law library has been restricted.  (*See id*. at 2.)  Under these circumstances, it is appropriate to set aside the judgment and allow Plaintiff an extension to file his objections.  The Court will grant Plaintiff an additional twenty-eight days to file his objections to the findings and recommendations, as requested.  Accordingly,

1. The August 3, 2022 order adopting (Doc. 13) is **VACATED**.
3. Plaintiff's motion for an extension of time (Doc. 14) is **GRANTED**.  Plaintiff may file objections to the July 14, 2022 findings and recommendations (Doc. 12) no later than September 8, 2022.

IT IS SO ORDERED.

Dated:  **August 11, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE