1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11    KEVIN ALLEN,                              Case No.  1:22-cv-0633 JLT HBK (PC)

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
13            v.                                PLAINTIFF'S MOTION TO PROCEED IN
                                               FORMA PAUPERIS
14    A. DELACRUZ,
                                               (Docs. 11, 12)
15                    Defendant.

16

17            The magistrate judge issued Findings and Recommendations, recommending that

18    Plaintiff's motion to proceed IFP be denied. The court found that before filing his lawsuit on May

19    26, 2022, at least three of Plaintiff's past cases qualify as a "strike" under Ninth Circuit authority.

20    (Doc. 12 at 5-6.)  Therefore, the magistrate judge found Plaintiff is subject to the three strikes bar

21    under 28 U.S.C. § 1915(g).  (*Id.*)  The magistrate judge also found the allegations in Plaintiff's

22    complaint do not satisfy the "imminent danger of serious physical injury" exception to Section

23    1915(g), even when liberally construing Plaintiff's complaint.  (*Id.* at 6-7.)

24            The Findings and Recommendations served on Plaintiff contained a notice that any

25    objections were due within fourteen days.  (Doc. 12 at 7.)  The court granted Plaintiff's motion

26    for an extension of time to file objections to the Findings and Recommendations.  (Doc. 14.)  The

27    Court granted the request and ordered Plaintiff to file any objections "no later than September 8,

28    2022."  (Doc. 15 at 2.)  Despite the requested extension of time, Plaintiff has not filed any

1   objections to date.

2          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review.  Having

3   carefully reviewed the matter, the Court concludes the Findings and Recommendations are

4   supported by the record and by proper analysis.  Accordingly, the Court **ORDERS**:

5          1.      The Findings and Recommendations issued on July 14, 2022 (Doc. 12) are

6                  **ADOPTED** in full.

7          2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. 11) is **DENIED**.

8          3.      Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full

9                  the $402.00 filing fee if he wishes to proceed with his action.

10         4.      Plaintiff is advised that failure to pay the required filing fee as ordered will result

11                 in the dismissal of this action without prejudice.

12

13  IT IS SO ORDERED.

14      Dated:   **October 7, 2022**

                                                        UNITED STATES DISTRICT JUDGE

2