# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. DELACRUZ,<br><br>　　　　　　Defendant. | Case No.: 1:22-cv-0633 JLT HBK (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 16) |

On October 11, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee within 30 days. (Doc. 16.) Plaintiff was also informed the "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice." (*Id.* at 2, emphasis in original.) Despite this warning, Plaintiff failed to pay the filing fee, and the time to do so has expired. Accordingly, the Court **ORDERS**:

　　1.　　This action is **DISMISSED** without prejudice.

　　2.　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated: __**November 30, 2022**__

UNITED STATES DISTRICT JUDGE